# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-2497

_____

Charles A. LaLiberte

*Plaintiff - Appellant*

v.

Charles E. Samuels, Jr., Director of Bureau of Prisons; Christopher Nickrenz

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: November 29, 2016
Filed: December 2, 2016
[Unpublished]

_____

Before SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Charles LaLiberte appeals after the district court[1] dismissed his pro se
complaint. Upon careful review, we find no reason to reverse the dismissal order

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the
Western District of Missouri.

because, among other reasons, we agree with the district court that it had no personal jurisdiction over defendants.  See World-Wide Volkswagen Corp. v. Woodson, 444 U.S. 286, 291-92 (1980) (nonresident defendant must have minimum contacts such that suit "does not offend traditional notions of fair play and substantial justice"); Miller v. Nippon Carbon Co., 528 F.3d 1087, 1090-91 (8th Cir. 2008) (de novo review).  Accordingly, the judgment of the district court is affirmed.  See 8th Cir. R. 47B.

_____